IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID DARK HORSE,

     Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4511

Opinion filed March 16, 2015.

Petition for Writ of Certiorari – Original Jurisdiction.

David Dark Horse, pro se, Petitioner.

Sarah J. Rumph, General Counsel, Florida Commission on Offender Review, Tallahassee, for Respondent.

PER CURIAM.

     DENIED.  See Atwell v. State, 128 So. 3d 167 (Fla. 4th DCA 2013), review granted, No. SC14-193 (Fla. Sept. 16, 2014).

WOLF, MAKAR, and OSTERHAUS, JJ., CONCUR.